Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHN L. STOVER, a Pennsylvania resident; and PARADIGM AMO CORPORATION, a New Jersey corporation,<br>                    Defendants. | Case No. CV-11-03308 SBA<br><br>**STIPULATION AND ORDER CONTINUING THE DEADLINE FOR CRAIGSLIST, INC. TO FILE ITS MOTION FOR DEFAULT JUDGMENT** |

1    WHEREAS, on July 6, 2011, craigslist, Inc. ("craigslist") filed suit against Defendants John Stover and Paradigm AMO Corporation (collectively, "Defendants") for various causes of action alleging their operation of craigslist-related businesses that violated craigslist's Terms of Use and the law.

WHEREAS, after craigslist served Defendants with the Complaint and Summons, on October 12, 2011, default was entered against Defendants.  DKT# 28.

WHEREAS, the Court ordered craigslist to file its Motion for Default Judgment no later than February 21, 2012.  DKT# 30.

WHEREAS, Defendants have recently contacted craigslist for the purpose of entering into a settlement of this matter.

WHEREAS, the parties are engaged in settlement negotiations and respectfully request that the Court continue the deadline for craigslist to file its Motion for Default Judgment to March 14, 2012 so that the parties have sufficient time to resolve the case through settlement, rather than continued litigation.

Now therefore, the parties hereby stipulate as follows: The deadline for craigslist to file its Motion for Default Judgment is continued to March 14, 2012.

**IT IS SO STIPULATED.**

DATED:  February 13, 2012         **PERKINS COIE LLP**

By: /s/ Brian Hennessy
    Brian Hennessy (SBN 226721)
    BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

DATED: February 13, 2012          **JOHN STOVER**

By: /s/ John Stover
    *Pro se*

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: February 13, 2012          **PERKINS COIE LLP**

By: /s/ Brian Hennessy
    Brian Hennessy (SBN 226721)
    BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT** the deadline for craigslist to file its Motion for Default Judgment is continued to March 14, 2012.

Dated: _2/15/12          *[signature]*

    Honorable Saundra Brown Armstrong