Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

Attorneys for Plaintiff
  craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, | **Case No. CV-11-03308 (SBA)** |
| Plaintiff, | **FINAL JUDGMENT ON CONSENT** |
| v. | |
| JOHN L. STOVER, a Pennsylvania resident; and PARADIGM AMO CORPORATION, a New Jersey corporation, | |
| Defendants. | |

## I.    CONFESSION OF JUDGMENT

Defendants John L. Stover and Paradigm Amo Corporation (collectively "Defendants") confess, consent and stipulate to judgment in favor of plaintiff craigslist, Inc. ("craigslist") and authorize the Court to enter judgment granting monetary and permanent injunctive relief in favor of craigslist as set forth below.  This Final Judgment on Consent ("Consent Judgment") arises out of craigslist's assertion of claims and damages caused by Defendants' development, utilization and sale of products and services to access and use craigslist's website and online resources (collectively, the "Services") without authorization or in excess of authorization, including, but not limited to, posting content on behalf of third parties, selling craigslist telephone-verified accounts, and selling other craigslist-related products and services, and the parties' agreement to

-1-

settle craigslist's claims (the "Settlement Agreement").  The terms of the Settlement Agreement are incorporated herein by reference in their entirety.  This Final Judgment on Consent does not alter or supersede the obligations of any parties pursuant to that Settlement Agreement.

In accordance with the Settlement Agreement, Defendants confess, consent and stipulate to judgment as follows:

1.      Defendants consent to this Court's jurisdiction over the subject matter at issue in this action.

2.      Defendants consent to this Court's personal jurisdiction for the purposes of entry and enforcement of this Final Judgment on Consent and enforcement of the Settlement Agreement.

3.      Defendants consent to entry of judgment for monetary relief against Defendants and in favor of craigslist in the total amount of Three Million Dollars ($3,000,000).

4.      Defendants consent to entry of judgment for permanent injunctive relief against Defendants and in favor of craigslist immediately and permanently and forever enjoining Defendants, and their successors, assigns, employees, agents, representatives and all persons and entities acting in concert or participation with them who receive actual notice of this Final Judgment on Consent by personal service or otherwise, from:

(a)      Posting content to the craigslist website on behalf of others, causing content to be so posted, or accessing the craigslist website and service to post or facilitate posting content on behalf of others, and from inducing, encouraging, causing, assisting, aiding, abetting or materially contributing to any other person or entity doing the same;

(b)      Repeatedly posting the same or similar content on craigslist, posting the same item or service in more than one category on craigslist, posting the same item or service in more than one geographic area on craigslist, and from inducing, encouraging, causing, assisting, aiding, abetting or materially contributing to any other person or entity doing the same;

(c)      Circumventing technological measures that control access to craigslist's copyrighted website and/or portions thereof, or that protect craigslist's rights as copyright owner (including, but not limited to, CAPTCHAS, telephone verification of accounts, and technological

tools employed to enforce posting limits per individual account, email address and IP address), and from inducing, encouraging, causing, assisting, aiding, abetting or materially contributing to any other person or entity doing the same;

(d)     Manufacturing, developing, creating, adapting, modifying, exchanging, offering, selling, distributing, providing, importing, trafficking in, or using technology, products, services, devices, components, or parts thereof, that are primarily designed or produced for the purpose of circumventing technological measures that control access to, or provide protection for, craigslist's copyrighted website and/or portions thereof, including but not limited to PVAs and auto-posting computer software, and from inducing, encouraging, causing, assisting, aiding, abetting or materially contributing to any other person or entity doing the same;

(e)     Accessing or attempting to access craigslist's computers, computer systems, computer network, computer programs, and data, without authorization or in excess of authorized access as conditioned by the craigslist TOU, including, but not limited to, creating accounts or posting content on the craigslist website in a manner that violates the craigslist TOU, and from inducing, encouraging, causing, assisting, aiding, abetting or materially contributing to any other person or entity doing the same;

(f)     Misusing or abusing craigslist, the craigslist website and craigslist services in any way prohibited by the craigslist TOU;

(g)     Accessing or using craigslist website for any commercial purpose whatsoever;

(h)     Using the CRAIGSLIST mark and any confusingly similar designations in Internet advertisements, domain names, or otherwise in commerce in any manner likely to confuse consumers as to their association, affiliation, endorsement or sponsorship with or by craigslist; and

(i)     Copying or reproducing craigslist's copyrighted material, including but not limited to, the www.craigslist.org homepage or portions thereof.

5.     Defendants agree and stipulate that this Final Judgment on Consent is final and may not be appealed by any party.

1    **IT IS SO AGREED.**

2

3    Dated: _____, 2012          **PERKINS COIE LLP**

4
                                          By _____
5                                         Attorneys for Plaintiff
                                          craigslist, Inc.
6
     Dated: _____, 2012          **craigslist, Inc.**
7
                                          By_____
8                                         Jim Buckmaster
                                          Its Chief Executive Officer
9

10

11   Dated: _____, 2012          **Paradigm Amo Corporation**

12                                         By_____
                                          Its _____
13
     Dated: _____, 2012          **John L. Stover**
14

15                                         By_____

16

17                              II.    <u>**FINAL JUDGMENT**</u>

18        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19
     Dated: _3/13/12                       _____
20                                         HONORABLE SANDRA BROWN ARMSTRONG

21

22

23

24

25

26

27

28